**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 20-33085 | HDH | Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | FCER MANAGEMENT LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| For Period Ending: | 06/30/22 | (2nd reporting period for this case) | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA, N.A. CHECKING | 1,000.00 | 1,000.00 | | 2,084.28 | FA |
| 2. ACCT. RECEIVABLE | 2,314,748.00 | 2,314,748.00 | | 0.00 | FA |
| 3. OTHER MACHINERY/FIXTURES/EQUIPMENT *DE LAGE LANDEN FINANCIAL SERVICES, INC. - MISC LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 4. REFUND OF COBRA PAYMENTS (u) | 0.00 | 12,802.60 | | 13,848.34 | FA |
| 5. CREDIT BALANCE REFUND (u) | 0.00 | 3,385.33 | | 3,385.33 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $2,315,748.00   $2,331,935.93   $19,317.95   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL RELATED CASES HAVE BEEN SUBSTANTIVELY CONSOLIDATED. ORDER ENTERED 08/20/2021. LEAD CASE IS ADETPUS HEALTH LLC, 20-33071. ESTIMATED DATE OF CLOSING IS 02/01/2024.

Initial Projected Date of Final Report (TFR): 02/01/22     Current Projected Date of Final Report (TFR): 02/01/24

LFORM1

Ver: 22.06b